McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cv-01766 MCE DAD |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| REAL PROPERTY LOCATED AT 640 CENTER AVENUE, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 041-033-09, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

1    3.   The defendant real property is located in the city of

2    Red Bluff, in Tehama County, California;

3    4.   Plaintiff proposes that publication be made as follows:

4         a.   Four publications;

5         b.   In the following newspaper, a legal newspaper of

6    general circulation, located in the county in which the defendant

7    real property is located: The Red Bluff Daily News;

8         c.   The publication to include the following:

9              (1)   The Court, title and number of the action;

10             (2)   The date of posting of the real property;

11             (3)   The identity and/or description of the real

12   property posted;

13             (4)   The name, address, and telephone number of

14   the attorney for the Plaintiff;

15             (5)   A statement that claims of persons entitled

16   to possession or claiming an interest pursuant to Supplemental

17   Rule G(5) must be filed with the Clerk and served on the attorney

18   for the Plaintiff within 30 days after the date of publication;

19             (6)   A statement that answers to the Complaint or

20   a motion under Rule 12 of the Federal Rules of Civil Procedure

21   ("Fed. R. Civ. P.")  must be filed and served within 20 days

22   after the filing of the claims and, in the absence thereof,

23   default may be entered and condemnation ordered;

24             (7)   A statement that applications for

25   intervention under Fed. R. Civ. P., Rule 24 by persons claiming

26   maritime liens or other interests shall be filed within the 30

27   days allowed for claims for possession; and

28   ///

2

1          (8)   The name, address, and telephone number of

2    the U.S. Marshal and/or Department of Treasury.

3    Dated: _July 29, 2008_          McGREGOR W. SCOTT
                                      United States Attorney
4

5
                                      _/s/ Kristin S. Door_____
6                                     KRISTIN S. DOOR
                                      Assistant U.S. Attorney
7

8

9                              **ORDER**

10        **IT IS SO ORDERED.**

11   DATED: August 4, 2008.

12

13

14   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE
15

16   Ddad1/orders.civil/U.S.v.RealProperty1766.ord

17

18

19

20

21

22

23

24

25

26

27

28

3