UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>REAL PROPERTY LOCATED AT 640 CENTER AVENUE, RED BLUFF, CALIFORNIA, Tehama County, APN: 041-033-09, including all appurtenances and improvements thereto,<br><br>               Defendant. | 2:08-cv-01766-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

On November 19, 2008, Plaintiff filed a late status report.[1] Plaintiff states in the status report that 30 days after the last forfeiture publication a claimant could file a claim contesting the forfeiture and therefore "the time has not yet expired for other potential claimants to file a claim." However, Plaintiff also states

---

[1] It is unclear why Plaintiff failed to file a timely status report. Since this is the second late status report Plaintiff's counsel filed on November 19, 2008, it appears Plaintiff's counsel does not understand her obligation to meet Rule 16 filing deadlines. Plaintiff and its counsel could receive an Order to Show Cause ("OSC") why sanctions should not be imposed should another filing be late, or perhaps the action will be dismissed in lieu of an OSC issuing.

1

that "the last publication was September 5, 2008. Thus, contrary to what Plaintiff states, the 30 day period has already expired.

Nevertheless, in light of what Plaintiff states about the status of this action the status (pretrial scheduling) conference currently set for November 24, 2008 is rescheduled to commence at 9:00 a.m. on March 2, 2009. Plaintiff shall file a status report not later than fourteen days prior to the scheduling conference, in which Plaintiff is only required to explain the status of the default issue.

IT IS SO ORDERED.

Dated: November 20, 2008

GARLAND E. BURRELL, JR.
United States District Judge