1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12
13 UNITED STATES OF AMERICA,        )
                                    )   2:08-cv-01766-GEB-KJM
14                                  )
              Plaintiff,            )
15                                  )   ORDER CONTINUING
      v.                            )   STATUS (PRETRIAL
16                                  )   SCHEDULING) CONFERENCE
   REAL PROPERTY LOCATED AT 640 CENTER)
17 AVENUE, RED BLUFF, CALIFORNIA,   )
   Tehama County, APN: 041-033-09,  )
18 including all appurtenances and  )
   improvements thereto;            )
19                                  )
              Defendant.             )
20 _____)

21          Plaintiff states in its status report filed on February
22 11, 2009, that the only matter remaining for decision is a default
23 judgment, and that it will file a motion for default judgment on or
24 before February 27, 2009.  Therefore, a motion for default judgment
25 shall be filed no later than February 27, 2009, or alternatively,
26 on this date Plaintiff shall file a document it which it explain
27 why this action should not be dismissed for prosecute the action.
28

                                  1

1  Further, the status (pretrial scheduling) conference
2 scheduled for March 2, 2009, is continued to July 13, 2009, at 9:00
3 a.m.  Plaintiff shall file a status report not later than fourteen
4 days prior to the July 13 scheduling conference, in which Plaintiff
5 is only required to explain the status of the default judgment.
6  IT IS SO ORDERED.

Dated:  February 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2