```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:08-cv-01766 GEB KJM |
|---|---|
| Plaintiff, | ) DEFAULT JUDGMENT AND FINAL |
| | ) JUDGMENT OF FORFEITURE |
| v. | ) |
| REAL PROPERTY LOCATED AT 640 CENTER AVENUE, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 041-033-09, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) |
| Defendant. | ) |

This matter came on before the Honorable Magistrate Judge Kimberly J. Mueller on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant real property to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are

1

adopted herein.

2. Miguel Gonzalez-Ochoa and Maria Gonzalez Ochoa are held in default.

3. A judgment by default is hereby entered against any right, title or interest of Miguel Gonzalez-Ochoa and Maria Gonzalez Ochoa in the defendant real property referenced in the above-caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant real property to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorneys' fees.

Dated: March 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge